## DECLARATION OF TYLER R. CREEKMORE

I, TYLER R. CREEKMORE, hereby declare as follows:

1. I am an attorney admitted to practice law in the State of California and the Central District of California. I am Special Counsel at Brown White & Osborn LLP. I have personal knowledge of the facts stated herein and would testify as such if called as a witness in this matter.

2. Ms. Hanna Dinh retained Brown White & Osborn LLP to represent her interests in connection with the then ongoing investigation into the billing practices of Elite Care E.N.T, her former employer. Since that time, I have worked closely with Ms. Dinh on this matter, and often communicated with prosecutors and agents in the United States Attorney's Office for the Central District of California. Our office has cooperated with the requests of the United States Attorney for the Central District of California during the entirety of the investigation.

3. On April 12, 2023, I learned that Ms. Dinh discovered through her Ring doorbell that FBI agents went to her home early that morning. Ms. Dinh was in Canada on the first leg of a pre-planned business trip and vacation when the FBI agents arrived and did not know the reason for the FBI's visit. Ms. Dinh believed the FBI wanted to serve her with a subpoena to appear before the grand jury in this matter. Ms. Dinh was further confused about the FBI's intent when she listened to a voicemail left by the agents claiming they wanted to simply "bring her to court."

4. Ms. Dinh contacted me at approximately 7:45 a.m. (Pacific Standard Time) following the FBI's described visit to her home. I was left to speculate on possible motives for the visit based on the limited information known at that time. It was not until approximately 12:00 p.m. on April 12, 2023, that I believed the FBI was attempting to execute an arrest warrant for Ms. Dinh. I came to that conclusion after learning of other co-defendants' arrests that same morning. Neither the FBI or any Assistant United States Attorney contacted our office to discuss Ms. Dinh's whereabouts or self-surrender prior to or immediately following the FBI's visit to

Ms. Dinh's home, despite the fact each were aware of our representation.

5. On Wednesday, April 12, 2023, at 4:55 p.m., nine hours after the FBI's attempted arrest of Ms. Dinh, our office was contacted by Assistant United States Attorney Roger Hsieh requesting that "Ms. Dinh self-surrender by 11:30 a.m. tomorrow (Thursday, 4/13/23) at the Santa Ana Federal Courthouse (411 W. 4th St., Santa Ana, CA 92701)." (Italics in original.) On the same day, at 5:21 p.m., our office responded to Mr. Hsieh as follows, informing him that we do not represent Ms. Dinh beyond her self-surrender, and she is in the process of retaining separate counsel:

> "Ms. Dinh is willing to self-surrender, but tomorrow is not possible. She is out of state (and left before today) and had not intended to return for several weeks. I am authorized to work with you to arrange for her return and self-surrender on Tuesday, April 18. That will give her sufficient time to complete her business and to secure the retention of counsel. She is neither a flight risk nor a danger to the community and so I believe that extending her self-surrender for three court days should not prejudice your case. She will surrender her passport also upon her self-surrender. As soon as she retains counsel, I will ask them to contact you.

6. On April 12, 2023, at 6:38 p.m., Ms. Hsieh replied that he offered two alternatives: "[a] self-surrender by 11:00 a.m. local time tomorrow (4/13/23) at the closest USAO for the district in which she is in; or [b] Self-surrender by 11:30 a.m. PT at the Santa Ana USAO on Friday (4/14/23)." (Emphasis in original.)

7. I was informed that Ms. Dinh's travel arrangements were planned prior to and independent of the FBI's April 12, 2023, actions. Ms. Dinh provided our office with her travel plans and provided documentation of her travel itinerary before leaving Canada on April 17. The original itinerary showed Ms. Dinh arriving in Vietnam on an Eva Air flight on April 27, 2023. Ms. Dinh provided documentation showing she was originally scheduled to return to the United States on May 12 from Taipei Taiwan on another Eva Air flight. Ms. Dinh rearranged her flights

and business trip so that she could return to the United States on May 5 instead. Ms. Dinh's documentation showed her new arrival in Los Angeles at 8:30 p.m. on May 5, following a connecting flight in Taipei, Taiwan that same day.

8. Ms. Dinh traveled to Vietnam and Thailand for business purposes. If she failed to attend several business meetings in Southeast Asia, she would lose tens of thousands of dollars. Ms. Dinh intended to self-surrender following the completion of her pre-planned business trip in Vietnam and Thailand.

9. Ms. Dinh contacted our office following her entrance to Vietnam when she was told her passport was revoked. On April 25, 2023, Ms. Dinh's husband, Tom Dinh, contacted me through text message to say Ms. Dinh was taken into custody in Vietnam after contacting the local United States consulate to self-surrender.

10. I do not believe Ms. Dinh was attempting to flee from the FBI. Rather, I believe Ms. Dinh was trying to attend her pre-planned and paid for important business meetings in hopes of not losing significant sums of money. Ms. Dinh did not grasp the serious nature of this case until she reached Vietnam at which point, she contacted the local United States consulate to self-surrender.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed on May 8, 2023, in Los Angeles, California.

TYLER R. CREEKMORE