Stanley L. Friedman (CA SBN 120551)
445 South Figueroa Street, 31st Floor
Los Angeles, California 90071
Telephone No. (213) 629-1500
Facsimile No. (213) 232-4071
E-mail: friedman@friedmanlaw.org

Attorney for Defendant
Hanna Trinh Dinh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HANNA TRINH DINH,<br><br>　　　　　Defendant.<br>_____ | Case No. 3:23-mj-70616-MAG<br><br>**EXHIBITS FROM BAIL HEARING**<br><br>[Courtroom of The Honorable Laurel Beeler] |

Attached hereto are three exhibits which were used and referenced by Counsel for Ms. Hanna Dinh at the bail hearing of May 9, 2023.

Dated: May 10, 2023.                          Respectfully submitted,

*Stanley L. Friedman*
Stanley L. Friedman
Attorney for Defendant
Hanna Trinh Dinh

---

2

Exhibits from Bail Hearing

10:06 AM Tue Apr 25    6m ago    46%

| TUE 25 | Calendar |
|---|---|
| | Upcoming Event |

Visas    U.S. Citizen Services    Our ~~~~~~    ~~~~~    ~~~~~~    News & Events

**Subject:**

⟨ ⟩

After choosing a subject, please specify your question in the text box below

**Message Text**

Tôi đang ở Việt Nam khi tôi đến VN 4/18/23 nhân viên phi trường cho biết Us Passport của tôi đã bị hủy vì 4/12/23 nhân viên đã tới nhà tôi để bắt tôi tới tòa án để hầu tòa, ở thời điểm này tôi đã ra khỏi US 4/09/23, tôi có bussiness event ở Thái Lan 4/27/23 tới 5/5/23 tôi sẽ bay về US từ Bangkok

298 of 300 max characters

300 characters only

**DOC, DOCX, PDF, TIF and JPEG files only. Maximum size 3.5 MB**
Please do not attach .zip files as we cannot retrieve them on our systems.

**File**
Choose File    no file selected
Accepted file types: doc, jpeg, tif, pdf, docx. Max. file size: 4 MB.

**File**
Choose File    no file selected
Accepted file types: doc, jpeg, tif, pdf, docx. Max. file size: 4 MB.

By hitting submit, you certify the above information is true.

Submit

After choosing a subject, please specify your question in the text box below

**Message Text**

Tôi đang ở Việt Nam khi tôi đến VN 4/18/23 nhân viên phi trường cho biết Us Passport của tôi đã bị hủy, tôi có một bussiness event bên Bangkok và Phuket 4/27 to 5/5 sẽ bay về US, xin cho tôi giấy phép tạm để bay từ Hồ CHÍ MINH tới Phuket 4/26 về US từ Bangkok, please advise.
Thank you 🙏

276 of 300 max characters

300 characters only

**DOC, DOCX, PDF, TIF and JPEG files only. Maximum size 3.5 MB**
Please do not attach .zip files as we cannot retrieve them on our systems.

**File**
Choose File   no file selected
Accepted file types: doc, jpeg, tif, pdf, docx, Max. file size: 4 MB.

**File**
Choose File   no file selected
Accepted file types: doc, jpeg, tif, pdf, docx, Max. file size: 4 MB.

By hitting submit, you certify the above information is true.

Submit



