| DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 1 hour, 4 minutes | | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Elaine Kabiling | REPORTER/DIGITAL RECORDING: 11:14-11:17, 11:25-11:59, 12:15-12:42 | |
| MAGISTRATE JUDGE Laurel Beeler | DATE 05/09/2023 | NEW CASE ☒ | CASE NUMBER 3:23-mj-70616-MAG-1 |

### APPEARANCES

| DEFENDANT Hanna Trinh Dinh | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Stanley Friedman, gen. app. | PD. ☐  RET. ☐ APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Leif Dautch for Daniel Pastor | INTERPRETER Not Required | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Elba Romero | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | |
|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☒ DETENTION HRG 1 hour | ☒ ID / REMOV HRG 4 mins | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND *Stayed pending appeal | AMT OF SECURITY $ 500,000 | SPECIAL NOTES Secured | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ To be posted in two weeks-pending appeal | | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | |

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 5/24/2023 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: TBD | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON. Duty Mag - CD Cal | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | MOTIONS | JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | PRETRIAL CONFERENCE | PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Def. admits identity. Proffer heard re: detention. Defendant and surety/custodian admonished re: bond conditions. Deft. admonished re: waiver of PX. Bond conditions, Order for Release and Commitment to Another District stayed for 48-hours pending appeal. Govt to update the court by 5/11 re: appeal.

CC:                                                                                          DOCUMENT NUMBER: