ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    Leif.Dautch@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 23-MJ-70616 |
| Plaintiff, | Charging District's Case No. 2:23-MJ-01699 (CDCA) |
| v. | STIPULATED REQUEST FOR COMMITMENT AND REMOVAL ORDER, AND [PROPOSED] ORDER |
| HANNA TRINH DINH,<br>  aka "Hang Trinh Dinh", | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Hanna Trinh Dinh, that the defendant should be committed to the Central District of California, where she is facing criminal charges in Case No. 23-MJ-01699 and where she is needed for an in-person hearing on June 2, 2023.

1. On May 5, 2023, defendant had her initial appearance in the Northern District of California on a criminal complaint filed in the Central District of California charging defendant with wire fraud.

2. On May 9, 2023, defendant waived her right to a preliminary hearing in this district and admitted her identity under Rule 5 of the Federal Rules of Criminal Procedure and was ordered released

STIPULATION AND [PROPOSED] ORDER
Case No. 23-MJ-70616      v. 5/23/2023

on conditions by the Honorable Magistrate Judge Laurel Beeler.

3. The United States Attorney's Office for the Central District of California sought and obtained a stay of that release order pending its appeal. That appeal hearing has now been set for June 2, 2023, and the District Judge presiding over that appeal has ordered that the defendant be present for the hearing. The United States Attorney's Office for the Central District of California has obtained a signed writ of habeas corpus ad prosequendum for defendant to be transported in custody by the United States Marshals Service from the Northern District of California to the Central District of California.

4. Given that defendant has had her initial appearance on the out-of-district complaint, has acknowledged her identity and waived her right to a preliminary hearing in this district, and will be transported in-custody to the Central District of California for the appeal hearing on June 2, 2023, the parties believe that it is appropriate for defendant to be committed to the Central District of California pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure.

5. Given that transport planning is already underway for defendant, that defense counsel lives and practices in the Central District of California, and that no further proceedings are required by Rule 5, the parties believe that it is most efficient to resolve this issue via stipulation and proposed order. However, both parties can make themselves available for an in-person or remote hearing at the Court's request.

The undersigned Assistant United States Attorney certifies that he has obtained approval from defense counsel to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 23, 2023         /s/
                            LEIF DAUTCH
                            Assistant United States Attorney

DATED: May 23, 2023         /s/
                            STANLEY L. FRIEDMAN
                            Counsel for Defendant Hanna Trinh Dinh

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court orders defendant Hanna Trinh Dinh committed to the Central District of California to face charges in Case No. 2:23-MJ-01699.

It is further ordered that the United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant, by no later than June 1, 2023. The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

**IT IS SO ORDERED.**

DATED: _____

HON. LAUREL BEELER
United States Magistrate Judge