1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  LEIF DAUTCH (CABN 283975)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7534
7       FAX: (415) 436-7234
        Leif.Dautch@usdoj.gov

8
   Attorneys for United States of America
9
                     UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,              )  NO. 23-MJ-70616
                                           )
14       Plaintiff,                        )  Charging District's Case No.
                                           )  2:23-MJ-01699 (CDCA)
15     v.                                  )
                                           )  STIPULATED REQUEST FOR COMMITMENT
16  HANNA TRINH DINH,                      )  AND REMOVAL ORDER, AND [PROPOSED]
       aka "Hang Trinh Dinh",              )  ORDER
17                                         )
                                           )
18       Defendant.

19

20       It is hereby stipulated by and between counsel for the United States and counsel for the

21  defendant Hanna Trinh Dinh, that the defendant should be committed to the Central District of

22  California, where she is facing criminal charges in Case No. 23-MJ-01699 and where she is needed for

23  an in-person hearing on June 2, 2023.

24       1.       On May 5, 2023, defendant had her initial appearance in the Northern District of

25  California on a criminal complaint filed in the Central District of California charging defendant with

26  wire fraud.

27       2.       On May 9, 2023, defendant waived her right to a preliminary hearing in this district and

28  admitted her identity under Rule 5 of the Federal Rules of Criminal Procedure and was ordered released

STIPULATION AND [PROPOSED] ORDER
Case No. 23-MJ-70616                                                              v. 5/23/2023

1  on conditions by the Honorable Magistrate Judge Laurel Beeler.

2        3.      The United States Attorney's Office for the Central District of California sought and

3  obtained a stay of that release order pending its appeal.  That appeal hearing has now been set for June 2,

4  2023, and the District Judge presiding over that appeal has ordered that the defendant be present for the

5  hearing.  The United States Attorney's Office for the Central District of California has obtained a signed

6  writ of habeas corpus ad prosequendum for defendant to be transported in custody by the United States

7  Marshals Service from the Northern District of California to the Central District of California.

8        4.      Given that defendant has had her initial appearance on the out-of-district complaint, has

9  acknowledged her identity and waived her right to a preliminary hearing in this district, and will be

10  transported in-custody to the Central District of California for the appeal hearing on June 2, 2023, the

11  parties believe that it is appropriate for defendant to be committed to the Central District of California

12  pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure.

13        5.      Given that transport planning is already underway for defendant, that defense counsel

14  lives and practices in the Central District of California, and that no further proceedings are required by

15  Rule 5, the parties believe that it is most efficient to resolve this issue via stipulation and proposed order.

16  However, both parties can make themselves available for an in-person or remote hearing at the Court's

17  request.

18        The undersigned Assistant United States Attorney certifies that he has obtained approval from

19  defense counsel to file this stipulation and proposed order.

20

21        IT IS SO STIPULATED.

22  DATED: May 23, 2023                           /s/
                                              LEIF DAUTCH

23                                                Assistant United States Attorney

24
     DATED: May 23, 2023                           /s/

25                                                STANLEY L. FRIEDMAN
                                              Counsel for Defendant Hanna Trinh Dinh

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. 23-MJ-70616                                           v. 5/23/2023

1

**[PROPOSED]** ~~PROPOSED~~ **ORDER**

2    Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the

3    Court orders defendant Hanna Trinh Dinh committed to the Central District of California to face charges

4    in Case No. 2:23-MJ-01699.

5    It is further ordered that the United States Marshal must transport the defendant, together with

6    a copy of this order, to the charging district and deliver the defendant to the United States Marshal for

7    that district, or to another officer authorized to receive the defendant, by no later than June 1, 2023.  The

8    Marshal or officer of the charging district should immediately notify the United States Attorney and the

9    Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly

10    scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the charging

11    district.

12    **IT IS SO ORDERED.**

13

14    DATED: ___May 24, 2023_____        _____

15                                                              HON. LAUREL BEELER
                                                                  United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. 23-MJ-70616                                                          v. 5/23/2023